UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **ANDREA L BEHAN** | **CASE NO.  2:21-CV-03321** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## JUDGMENT

Upon consideration of the Report and Recommendation [doc. 22] filed by the Magistrate Judge, noting the lack of objections thereto, and after a de novo review of the record and applicable law, the undersigned hereby **ORDERS, ADJUDGES,** and **DECREES** that the Report and Recommendation [doc. 22] be **ADOPTED**, that the final decision of the Commissioner be **VACATED**, and that the case be **REMANDED** to the Commissioner for further proceedings. The clerk is requested to administratively close the case.

THUS DONE AND SIGNED in Chambers this 3rd day of June, 2024.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**